CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 28 2017

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| STEVEN RIDDICK, | ) | CASE NO. 7:17CV00268 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| DEPARTMENT OF CORRECTIONS, | ) | |
| ET AL., | ) | By: Hon. Glen E. Conrad |
| | ) | Senior United States District Judge |
| Defendants. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1); plaintiff's pending motions to amend the action (ECF Nos. 11-18) are **DISMISSED** as moot; and this action is stricken from the active docket of the court. Plaintiff is advised that dismissal without prejudice leaves him the opportunity to pursue one or more of his claims in a new and separate civil action, provided that he complies with the Federal Rules of Civil Procedure governing joinder of claims and meets prefiling requirements for such prisoner lawsuits.

ENTER: This 26th day of December, 2017.

/s/ Glen E. Conrad
Senior United States District Judge